

# The Attorney General of Texas

October 16, 1979

**MARK WHITE**
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Harvey Davis
Executive Director
Texas Department of Water Resources
P. O. Box 13087, Capitol Station
Austin, Texas 78711

Opinion No. MW-69

Re: Failure of the 66th Legislature to fund the Office of Public Interest in the General Appropriations Act.

Dear Mr. Davis:

You have requested our opinion in reference to the failure of the 66th Legislature to fund the Office of Public Interest. Section 5.181 of the Water Code creates an office of public interest to insure that the Texas Department of Water Resources promotes the public interest. The office is headed by a public interest advocate appointed by the commission and the board. He is to be a party to all proceedings before the board. Water Code § 5.181(c). A bill to repeal this section was introduced in the 66th Legislature but failed to pass. The department's budget request for fiscal years 1980–81 included funding for the Office of Public Interest, but the legislature failed to include an item for that purpose in the General Appropriations Act. You ask whether the department may fund the Office of Public Interest by transferring available state appropriated monies into the Office of Public Interest Program.

Even though the appropriations act does not include a specific item to fund the office of public interest advocate, there is no prohibition against spending funds for that purpose. Indeed, there has never been a specific item of appropriation for that office. See Acts 1977, 65th Leg., ch. 872, at 2986–2991. During the past biennium the office was funded from a general administrative account. Since section 5.181 of the Water Code requires that the public interest advocate be a party to all proceedings before the board, we believe the board is obligated to appoint a public interest advocate and it may fund that position from any appropriations available for that purpose. Attorney General Opinion H–211 (1974). Your specific question is phrased in terms of transferring funds to the office of public interest function; however, there is no necessity that the office be treated as a separate expenditure item. So long as the funds for the office come from a single appropriations item, no question of fund transfer need arise.

In light of our answer to your first question, we need not address your second question which involves the effect of a failure to have a public interest advocate.

## SUMMARY

The Department of Water Resources is required to have an office of public interest advocate.

Very truly yours,

MARK   WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

TED L. HARTLEY
Executive Assistant Attorney General

Prepared by C. Robert Heath
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

C. Robert Heath, Chairman
David B. Brooks
Susan Garrison
Rick Gilpin
Rick Lowerre
William G Reid
Bruce Youngblood